# EXHIBIT A



**MAURA HEALEY**
ATTORNEY GENERAL

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

TEL: (617) 727-2200
www.mass.gov/ago

November 16, 2016

Mr. Kirk Weingarten

RE: Wells Fargo Bank, N.A.

Dear Kirk Weingarten:

Thank you for contacting the Office of the Attorney General's Fair Labor Division. The Fair Labor Division of the Attorney General's Office receives and reviews thousands of complaints each year and must make difficult decisions regarding which cases it will pursue. If the Office determines that it will not pursue a particular case, it may issue a "private right of action" to the employee-complainant. This "private right of action" gives the employee the ability to pursue the case privately through the court system.

This letter is the "private right of action" letter for your case. We have carefully reviewed your complaint, and we are authorizing you to pursue this matter through a civil lawsuit. <u>This is not a determination of the merits of your case.</u> It does mean, however, that this Office will not be taking any further action on your complaint.

The private right of action arises under Massachusetts General Laws Chapter 149, § 150, and Chapter 151, §§ 1B and 20. It permits employees who believe they are victims of certain violations of the state wage laws, to sue in civil court on their own behalf and on behalf of other similarly situated employees. If you prevail in court, you are entitled to obtain triple damages for any loss of wages and other benefits, injunctive relief (for example, the court can order the employer to change its employment practices), as well as the costs of litigation and reasonable attorneys' fees.

You should also be aware that strict time restrictions, called the statute of limitations, apply to the filing of claims under the Massachusetts wage laws. You can recover damages only for the two or three year time period prior to the date that you file a case in court, depending on the type of claim you are bringing. Therefore, you should determine what statute of limitations applies to your claims as it may be important to file quickly to avoid the possibility that part or all of your claims are no longer within the relevant time period.

For further information about the Massachusetts Wage and Hour laws, and exercising your "private right of action", including a list of attorney referral services, please visit the Attorney General's website at www.mass.gov/ago/pra and select workplace rights.

Sincerely,
Fair Labor Division
617-727-3465